UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| ZAC PROPERTIES, LLC, | No. C 13-02970 MEJ |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| VAUGHN RHOADES, et al., | |
| Defendants. | |
| _____/ | |

This matter is currently scheduled for a Case Management Conference on October 3, 2013. However, on September 30, 2013, the undersigned issued a Report and Recommendation, directing the Clerk of Court to reassign this case to a district judge with the recommendation that the case be remanded to Alameda County Superior Court.  Accordingly, the October 3 conference is VACATED.

**IT IS SO ORDERED.**

Dated: September 30, 2013

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ZAC PROPERTIES, LLC,

                  Plaintiff(s),

      v.

VAUGHN RHOADES ET.AL.,

                  Defendant(s).

No. C 13-02970 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wendee Hartman
8007 Wentworth Place
Newark, CA 94560

Dated: September 30, 2013

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

2